IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PERETTE L. SHEPPARD,

    Plaintiff,

vs.                                    CASE NO. 5:09-cv-214/RS-EMT

DEL-JEN, INC.,

    Defendant.

_____/

## ORDER

Before me are Plaintiff's Motion to Remand (Doc. 7) and Plaintiff's Notice of Expected Damages Filed in Court (Doc. 16).

Defendant removed this case from state court based on diversity of citizenship pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. (Doc. 1). Upon consideration of Plaintiff's Notice of Expected Damages, I find that the amount in controversy exceeds the jurisdictional threshold of $75,000. It is undisputed that the parties are diverse. Consequently, Plaintiff's Motion to Remand (Doc. 7) is **denied.**

**ORDERED** on August 17, 2009.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**